IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
DEC 0 6 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Adam Mcclain
Plaintiff

-vs-

Morrison Products
Defendant(s)

CASE NO: 1:22 CV 2192

JUDGE: JUDGE OLIVER

MAG. JUDGE PARKER

COMPLAINT

Morrison Products
16900 South Waterloo
rd. Cleveland OH, 44110

Title VII - Discrimination

I was off sick on a medical leave from September 7, 2021 thru September 16, 2021. On September 13, 2021 I spoke to Connie Kunash the Human resources, she ask me do I have a doctors excuse for all the days I'm off. I said yeah and she told me to bring it in when I return to work. On September 16, 2021 Connie Kunash called me before my shift started and said to me I'm terminated for missing too many days. 12/6/22

According to Morrison Products hand book medical leave an employee is allowed to miss up to thirty days with a doctors note.

I didn't agree with the termination on September 16, 2021. I contacted Joe Butler which is the union stewardist to file a grievance. Joe Butler told me the grievance will be filed on September 20, 2021. September 21, 2021 Joe Butler filled the paper for the grievance out and Patrick the plant manager wouldn't accept it. Patrick discriminated against me because he did other employees grievance who got terminated around the same time me.

In closing I ask the court on my behalf for me to be rewarded my job back and loss wages. I worked for Morrison Products for eight years and I like my job there

Adam McClain
Adam McClain
5676 Broadview Rd.
Apt 233, Parma, OH, 44134
12/6/22